22; 2 Words and Phrases, First Series, p. 1908.

■ As to the physical condition of the appellant, it is observed that he testified upon the trial that he was 29 years of age and weighed 130 pounds, but that he was suffering from a rupture and a weak heart. However, the wife of the alleged injured party testified that she had known the appellant for some six or seven weeks and replied to an inquiry by counsel that the appellant was a "person of robust health". While this may have been only an expression of her opinion, still the appellant testified as a witness upon the trial and was before the jury. Therefore, a controverted issue was presented for their solution; and we think the facts support their finding that the appellant was guilty of the offense charged.

Deeming the evidence sufficient to support the conviction, the judgment of the trial court is affirmed.

KRUEGER, Judge.

Conviction is for violation of the liquor law. Punishment assessed is a fine of $250.

The record is before us without a statement of facts or bill of exceptions. In its absence, the various matters complained of by appellant cannot be considered.

The complaint and information are sufficient to charge the offense and all procedural matters seem to be in due order.

The judgment is accordingly affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## WELTCHEK v. STATE.
### No. 19932.

Court of Criminal Appeals of Texas.

Nov. 16, 1938.

## GROSS v. STATE.
### No. 19880.

Court of Criminal Appeals of Texas.

Nov. 23, 1938.

Currie McCutcheon, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

R. G. Robertson, of Port Arthur, and O. M. Lord, of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.